UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Thaddeus R. Maciag, Esq.
MACIAG LAW, LLC
475 Wall Street
Princeton, New Jersey 08540
(908) 704-8800
Attorney for the Debtor-in-Possession

In Re:

    Peter J. Eppie,
                Debtor.

Case No.:   14-19633-JKS

Chapter:   7

Hearing Date:   6/5/2018, 10am

Judge:   Sherwood

## ADJOURNMENT REQUEST

1. I, Thaddeus R. Maciag Esq.,

   ☒   am the attorney for: Debtor-in-Possession,

   ☐   am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: JP Morgan Chase Stay-Lift Motion

   Current hearing date and time: 6/5/2018, 10:00am

   New date requested: 6/26/2018, 10:00am

   Reason for adjournment request: Consent Adjournment Request -- parties are reviewing facts and valuation issues re possible settlement of the motion.

2. Consent to adjournment:

   ☒ I have the consent of all parties.   ☐ I do not have the consent of all parties (explain below):

   Movant has consented to this adjournment.

I certify under penalty of perjury that the foregoing is true.

Date: 5/24/2018                 /s/ Thaddeus R. Maciag
                                                Signature

*new.8/1/15*

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted           New hearing date: __6/26/2018, 10:00am____         ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____         ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

2