Phillip Raymond
McCalla Raymer Leibert Pierce, LLC
99 Wood Avenue South, Suite 803
Iselin, NJ 08830
Telephone: 732-902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Movant

Order Filed on June 26, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re: | Chapter 7 |
|---|---|
| Peter James Eppie, | Case No. 14-19633-JKS |
|  | Hearing Date: June 5, 2018 at 10:00am |
| Debtor. | Judge: Hon. John K. Sherwood |

**ORDER VACATING AUTOMATIC STAY**

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED**

**DATED: June 26, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor:          Peter James Eppie
Case No.:        14-19633-JKS
Caption of Order: **ORDER VACATING AUTOMATIC STAY**

THIS MATTER having been opened to the Court upon the motion of JPMorgan Chase Bank, National Association ("Movant"), for an order vacating the automatic stay in effect pursuant to 11 U.S.C. § 362(a), and for good cause shown for the entry of this Order, it is hereby ordered that:

1. The automatic stay be and is hereby vacated under 11 U.S.C. § 362(d) to permit Movant, to institute or resume a mortgage foreclosure action in the Superior Court of New Jersey in order to pursue its rights in real property located at 566 Tempe Wick Rd, Morristown, NJ 07960;

2. Movant may join as defendants in said foreclosure action the Debtor and/or any trustee appointed in this case, irrespective of whether the Debtor's case converts to any other chapter of the Bankruptcy Code;

3. Movant may pursue any and all loss mitigation options with respect to the Debtor or the real property described above, including but not limited to repayment agreement, loan modification, short sale or deed-in-lieu of foreclosure.