Phillip Raymond
McCalla Raymer Leibert Pierce, LLC
99 Wood Avenue South, Suite 803
Iselin, NJ 08830
Telephone: 732-902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Movant

**Order Filed on June 26, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re: | Chapter 7 |
|---|---|
| Peter James Eppie, | Case No. 14-19633-JKS |
|  | Hearing Date: June 5, 2018 at 10:00am |
| Debtor. | Judge: Hon. John K. Sherwood |

**ORDER VACATING AUTOMATIC STAY**

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED**

**DATED: June 26, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

| | |
|---|---|
| Debtor: | Peter James Eppie |
| Case No.: | 14-19633-JKS |
| Caption of Order: | **ORDER VACATING AUTOMATIC STAY** |

THIS MATTER having been opened to the Court upon the motion of JPMorgan Chase Bank, National Association ("Movant"), for an order vacating the automatic stay in effect pursuant to 11 U.S.C. § 362(a), and for good cause shown for the entry of this Order, it is hereby ordered that:

1. The automatic stay be and is hereby vacated under 11 U.S.C. § 362(d) to permit Movant, to institute or resume a mortgage foreclosure action in the Superior Court of New Jersey in order to pursue its rights in real property located at 566 Tempe Wick Rd, Morristown, NJ 07960;
2. Movant may join as defendants in said foreclosure action the Debtor and/or any trustee appointed in this case, irrespective of whether the Debtor's case converts to any other chapter of the Bankruptcy Code;
3. Movant may pursue any and all loss mitigation options with respect to the Debtor or the real property described above, including but not limited to repayment agreement, loan modification, short sale or deed-in-lieu of foreclosure.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 14-19633-JKS
Peter James Eppie                                                         Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Jun 27, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2018.
db              +Peter James Eppie,    566 Tempe Wick Road,    Morristown, NJ 07960-6657

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2018                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2018 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
               Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2007-11
               bankruptcynotice@zuckergoldberg.com,   bkgroup@kmllawgroup.com
              Jerome B. Blank    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              John  Sywilok    sywilokattorney@sywilok.com,    nj26@ecfcbis.com
              John  Sywilok    on behalf of Trustee John  Sywilok sywilokattorney@sywilok.com,   nj26@ecfcbis.com
              John W. Sywilok    on behalf of Trustee John  Sywilok sywilokattorney@sywilok.com
              Margarita Y. Ginzburg    on behalf of Creditor    Amerlux, LLC djcarragher@ecf.inforuptcy.com
              Margarita Y. Ginzburg    on behalf of Creditor Frank P. Diassi djcarragher@ecf.inforuptcy.com
              Margarita Y. Ginzburg    on behalf of Creditor    Unicorn Real Estate Investment, LLC
               djcarragher@ecf.inforuptcy.com
              Margarita Y. Ginzburg    on behalf of Creditor Marianne  Diassi djcarragher@ecf.inforuptcy.com
              Phillip Andrew Raymond    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               phillip.raymond@mccalla.com
              Thaddeus R. Maciag    on behalf of Debtor Peter James Eppie MaciagLaw1@aol.com
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 13