## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In Re:                                                   Case No. 14-19633

                                                                                  Claim No. : 3

PETER JAMES EPPIE

    Debtor(s)

### NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor in the above entitled case hereby requests that the mailing address pertaining to NOTICES ONLY, listed in the above stated case be changed.

**\*\* Below change is only for notice address. Payment address will be same as filed in POC.**

**Address where Notices to the creditor be sent:**

From                                                           To

BMW Financial Services NA, LLC            BMW Financial Services NA, LLC

P.O. Box 201347                                          4515 N Santa Fe Ave. Dept. APS

Arlington, TX 76006                                   Oklahoma City, OK 73118

                                                                    /s/ Dipika Parmar

Date: 08/07/2018

                                                                    Creditor's Authorized Agent for BMW Financial Services NA, LLC