UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

813315
Phelan Hallinan Diamond & Jones, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
Attorneys for WELLS FARGO BANK, N.A.

In Re:

Peter Eppie A/k/a Peter James Eppie

Case No: 14-19633 - JKS

Hearing Date: 12/11/2018

Judge: JOHN K. SHERWOOD

Chapter: 7

## CERTIFICATION OF SERVICE

1. I, Kevin Luber:

   ☐ represent the _____ in the above-captioned matter.

   ☒ am the secretary/paralegal for Phelan Hallinan Diamond & Jones, PC, who represents WELLS FARGO BANK, N.A. in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On February 15, 2019 I sent a copy of the following pleadings and/or documents to the parties listed below:

   Order Resolving Motion to Vacate Stay

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: February 15, 2019        /s/ *Kevin Luber*
                                Kevin Luber

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☐ E-mail <br> ☐ Notice of Electronic Filing (NEF) <br> ☐ Other_____ <br> (as authorized by the court *) |
| Peter James Eppie <br> Tempe Wick Road, Morristown, NJ 07960-6657 | Debtor | ☐ Hand-delivered <br> ☒ Regular mail <br> ☐ Certified mail/RR <br> ☐ E-mail <br> ☐ Notice of Electronic Filing (NEF) <br> ☐ Other_____ <br> (as authorized by the court *) |
| Thaddeus R. Maciag, Esquire <br> 475 Wall Street <br> Princeton, NJ 08540 | Debtor's Attorney | ☐ Hand-delivered <br> ☒ Regular mail <br> ☐ Certified mail/RR <br> ☐ E-mail <br> ☒ Notice of Electronic Filing (NEF) <br> ☐ Other_____ <br> (as authorized by the court *) |
| Sywilok, John W., Trustee <br> 51 Main Street <br> Hackensack, NJ 07601 | Trustee | ☐ Hand-delivered <br> ☒ Regular Mail <br> ☐ Certified mail/RR <br> ☐ E-mail <br> ☒ Notice of Electronic Filing (NEF) <br> ☐ Other_____ <br> (as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.