UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

813315
PHELAN HALLINAN DIAMOND & JONES, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
Attorneys for WELLS FARGO BANK, N.A.

In Re:

PETER EPPIE A/K/A PETER JAMES EPPIE

Order Filed on February 24, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

Case No: 14-19633 - JKS

Hearing Date: December 11, 2018

Judge: JOHN K. SHERWOOD

Recommended Local Form:    ☒ Followed    ☐ Modified

**ORDER RESOLVING MOTION TO VACATE STAY AND/OR MOTION TO DISMISS WITH CONDITIONS**

The relief set forth on the following pages, numbered two (2) and through (3) is hereby **ORDERED**.

**DATED: February 24, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

| | |
|---|---|
| Applicant: | WELLS FARGO BANK, N.A. |
| Applicant's Counsel: | Phelan Hallinan Diamond & Jones, PC |
| Debtor's Counsel: | Thaddeus R. Maciag, Esquire |
| Property Involved ("Collateral"): | TEMPE WICK ROAD, MORRISTOWN, NJ 07960-6657 |

Relief sought:   ☒ Motion for relief from the automatic stay

☐ Motion to dismiss

☐ Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. The Chapter 7 Trustee is hereby permitted to market and sell the subject property. The property must be sold by March 12, 2019 and the sale must pay Secured Creditor's lien in full pursuant to a valid payoff requested by the Chapter 7 Trustee and provided by Secured Creditor.

2. If the subject property is not sold by March 12, 2019, Secured Creditor is entitled to relief from the Automatic Stay with no further application to the Court.