UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

813315
PHELAN HALLINAN DIAMOND & JONES, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
Attorneys for WELLS FARGO BANK, N.A.

In Re:

PETER EPPIE A/K/A PETER JAMES EPPIE

**Order Filed on February 24, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey**

Case No: 14-19633 - JKS

Hearing Date: December 11, 2018

Judge: JOHN K. SHERWOOD

Recommended Local Form:   ☒ Followed    ☐ Modified

**ORDER RESOLVING MOTION TO VACATE STAY AND/OR MOTION TO DISMISS WITH CONDITIONS**

The relief set forth on the following pages, numbered two (2) and through (3) is hereby **ORDERED**.

**DATED: February 24, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

| | |
|---|---|
| Applicant: | WELLS FARGO BANK, N.A. |
| Applicant's Counsel: | Phelan Hallinan Diamond & Jones, PC |
| Debtor's Counsel: | Thaddeus R. Maciag, Esquire |
| Property Involved ("Collateral"): | TEMPE WICK ROAD, MORRISTOWN, NJ 07960-6657 |

Relief sought:  ☒ Motion for relief from the automatic stay

☐ Motion to dismiss

☐ Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. The Chapter 7 Trustee is hereby permitted to market and sell the subject property. The property must be sold by March 12, 2019 and the sale must pay Secured Creditor's lien in full pursuant to a valid payoff requested by the Chapter 7 Trustee and provided by Secured Creditor.

2. If the subject property is not sold by March 12, 2019, Secured Creditor is entitled to relief from the Automatic Stay with no further application to the Court.

```
                        United States Bankruptcy Court
                             District of New Jersey
```

In re:                                                              Case No. 14-19633-JKS
Peter James Eppie                                                   Chapter 7
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 1              Date Rcvd: Feb 25, 2019
                            Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2019.
db             +Peter James Eppie,    566 Tempe Wick Road,    Morristown, NJ 07960-6657

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2019 at the address(es) listed below:
      Andrew L. Spivack    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION nj.bkecf@fedphe.com
      Craig Scott Keiser    on behalf of Creditor    WELLS FARGO BANK, N.A. craig.keiser@phelanhallinan.com
      Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2007-11 bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com
      Jerome B. Blank    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
      John    Sywilok     sywilokattorney@sywilok.com, nj26@ecfcbis.com
      John    Sywilok    on behalf of Trustee John    Sywilok sywilokattorney@sywilok.com, nj26@ecfcbis.com
      John W. Sywilok    on behalf of Trustee John    Sywilok sywilokattorney@sywilok.com
      Margarita Y. Ginzburg    on behalf of Creditor Marianne    Diassi djcarragher@ecf.inforuptcy.com
      Margarita Y. Ginzburg    on behalf of Creditor    Amerlux, LLC djcarragher@ecf.inforuptcy.com
      Margarita Y. Ginzburg    on behalf of Creditor Frank P. Diassi djcarragher@ecf.inforuptcy.com
      Margarita Y. Ginzburg    on behalf of Creditor    Unicorn Real Estate Investment, LLC djcarragher@ecf.inforuptcy.com
      Nicholas V. Rogers    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
      Phillip Andrew Raymond    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION phillip.raymond@mccalla.com
      Thaddeus R. Maciag    on behalf of Debtor Peter James Eppie MaciagLaw1@aol.com
      United States Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                      TOTAL: 15