UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                              Case No.:    __14-19633__
PETER JAMES EPPIE                                   Chapter:     __7__
                                                    Judge:       __John K. Sherwood__

## NOTICE OF PROPOSED ABANDONMENT

_____John W. Sywilok_____, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Martin Luther King Jr. Federal Building |
|---|---|
| | 50 Walnut Street |
| | Newark, NJ 07102 |

If an objection is filed, a hearing will be held before the Honorable ___John K. Sherwood___ on __May 28, 2019__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3D__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | Debtor's interest in real property: |
|---|---|
| | 161 Dryden Road |
| | Bernardsville, NJ 07924 |
| | Market Value: $770,000.00 |

| Liens on property: | Subject to mortgage held by Wells Fargo Bank, N.A. on which there is due approximately $2,479,286.21. |
|---|---|

| Amount of equity claimed as exempt: | No Equity |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name:       John W. Sywilok, Chapter 7 Trustee    /s/ John W. Sywilok
Address:    51 Main Street, Hackensack, NJ 07601
Telephone No.: (201) 487-9390

*rev.8/1/15*