UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: 14-19633 |
| PETER JAMES EPPIE | Chapter: 7 |
| | Judge: John K. Sherwood |

## NOTICE OF PROPOSED ABANDONMENT

____John W. Sywilok____, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| | |
|---|---|
| Address of the Clerk: | Martin Luther King Jr. Federal Building<br>50 Walnut Street<br>Newark, NJ 07102 |

If an objection is filed, a hearing will be held before the Honorable ____John K. Sherwood____ on __May 28, 2019__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3D__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| | |
|---|---|
| Description and value of property: | Debtor's interest in real property:<br>161 Dryden Road<br>Bernardsville, NJ 07924<br>Market Value: $770,000.00 |

| | |
|---|---|
| Liens on property: | Subject to mortgage held by Wells Fargo Bank, N.A. on which there is due approximately $2,479,286.21. |

| | |
|---|---|
| Amount of equity claimed as exempt: | No Equity |

Objections must be served on, and requests for additional information directed to:

| | |
|---|---|
| Name: | John W. Sywilok, Chapter 7 Trustee    /s/ John W. Sywilok |
| Address: | 51 Main Street, Hackensack, NJ 07601 |
| Telephone No.: | (201) 487-9390 |

*rev.8/1/15*

```
                            United States Bankruptcy Court
                                 District of New Jersey
In re:                                                              Case No. 14-19633-JKS
Peter James Eppie                                                   Chapter 7
         Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Apr 26, 2019
                              Form ID: pdf905          Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 28, 2019.
db             +Peter James Eppie,   566 Tempe Wick Road,   Morristown, NJ 07960-6657
aty            +Wiliam M.E. Powers, III,    Powers Kirn, LLC,   PO Box 848,   Moorestown, NJ 08057-0848
cr             +Frank P. Diassi,   25B Hanover Road,   Florham Park, NJ 07932-1443
cr             +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,   Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,   Suite 100,   Mt. Laurel, NJ 08054-3437
cr             +Marianne Diassi,   25B Hanover Road,   Florham Park, NJ 07932-1442
cr             +Unicorn Real Estate Investment, LLC,    25B Hanover Road,   Florham Park, NJ 07932-1442
cr             +WELLS FARGO BANK, N.A.,   Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,   Suite 100,
                 Mt. Laurel, NJ 08054-3437
cr             +WELLS FARGO BANK, N.A.,   Phelan Hallinan & Schmieg, PC,    1617 JFK Boulevard,   Suite 1400,
                 Philadelphia, PA 19103-1814
515523025       Amerilux, LLC,   c/o Margarita Y. Ginzburg,   Day Pitney LLP,   One Jefferson Road,
                 Parsippany, NJ 07054-2891
514782324       Chase,   P O Box 78035,   Phoenix, AZ 85062-8035
514782325      +Ellen Eppie,   566 Tempe Wick Road,   Morristown, NJ 07960-6657
515247361      +Frank and Marianne Diassi,   Unicorn Real Est Investmt LLC,   25B Hanover Road,
                 Florham Park, NJ 07932-1442
515046295      +JPMorgan Chase Bank, N.A.,   Chase Records Center,   Attn: Correspondence Mail,
                 700 Kansas Lane,   Monroe, LA 71203-4774
515900181      +Maciag Law LLC,   475 Wall Street,   Princeton, NJ 08540-1509
516386738       New York State Dept of Taxation and Finance,   PO Box 5300,   Albany NY 12205-0300
514782328      +Patricia Swaintek-Lamb DMD PC,    10 Anderson Road,   Floor 1,   Bernardsville, NJ 07924-2323
514782329      +Stufund Advisors, LLC,   110 Allen Road,   3rd Floor, Suite 302,   Basking Ridge, NJ 07920-4500
515523023       Unicorn Real Estate Investment, LLC,    c/o Margarita Y. Ginzburg,   Day Pitney LLP,
                 One Jefferson Road,   Parsippany, NJ 07054-2891
515005433      +Wells Fargo Bank, N.A.,   Attention: Bankruptcy Department,   MAC#D3347-014,
                 3476 Stateview Boulevard,   Fort Mill, SC 29715-7203
514782332       Wells Fargo Home Mortgage,   P O Box 11758,   Newark, NJ 07101-4758
514782333       Wells Fargo Home Mortgage for,   P O Box 11701,   Newark, NJ 07101-4701

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 26 2019 23:10:12     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 26 2019 23:10:10     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
app            +E-mail/Text: atkinsappraisal@aol.com Apr 26 2019 23:09:57     Alan Atkins,   122 Clinton Rd,
                 Fairfield, NJ 07004-2921
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Apr 26 2019 23:19:13     Ascension Capital Group,
                 BMW Financial Services NA, LLC Departmen,   PO Box 201347,   Arlington, TX 76006-1347
514782320       E-mail/Text: ally@ebn.phinsolutions.com Apr 26 2019 23:09:40     Ally Financial,
                 P O Box 9001951,   Louisville, KY 40290-1951
514795593       E-mail/Text: ally@ebn.phinsolutions.com Apr 26 2019 23:09:40
                 Ally Financial serviced by Ally Servicing LLC,   PO Box 130424,   Roseville, MN 55113-0004
514782322       E-mail/PDF: ais.bmw.ebn@americaninfosource.com Apr 26 2019 23:18:46     BMW Financial Services,
                 P O Box 9001065,   Louisville, KY 40290-1065
514792523      +E-mail/PDF: ais.bmw.ebn@americaninfosource.com Apr 26 2019 23:18:04
                 BMW Financial Services NA, LLC,   5550 Britton Parkway,   Hilliard, OH 43026-7456
514915345      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Apr 26 2019 23:18:04
                 BMW Financial Services NA, LLC,   4515 N Santa Fe Ave.,   Dept. APS,
                 Oklahoma City, OK 73118-7901
514799407       E-mail/Text: cio.bncmail@irs.gov Apr 26 2019 23:09:50
                 Department of Treasury - Internal Revenue Service,   PO Box 7346,
                 Philadelphia, PA 19101-7346
515152150      +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 26 2019 23:10:10     United States Trustee,
                 One Newark Center,   Suite 2100,   Newark, NJ 07102-5235
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              HSBC Bank USA, National Association as Trustee for
514782321*      Ally Financial,   P O Box 9001951,   Louisville, KY 40290-1951
514782323*     ++BMW FINANCIAL SERVICES,   CUSTOMER SERVICE CENTER,   PO BOX 3608,   DUBLIN OH 43016-0306
               (address filed with court: BMW Financial Services,   P O Box 9001065,
                 Louisville, KY 40290-1065)
514782326*     +Ellen Eppie,   566 Tempe Wick Road,   Morristown, NJ 07960-6657
514782327*     +Ellen Eppie,   566 Tempe Wick Road,   Morristown, NJ 07960-6657
514782330*      US Internal Revenue Service,   P O Box 8208,   Philadelphia, PA 19101-8208
514782331*      US Internal Revenue Service,   P O Box 8208,   Philadelphia, PA 19101-8208
                                                                              TOTALS: 1, * 6, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Apr 26, 2019
                              Form ID: pdf905          Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 26, 2019 at the address(es) listed below:
          Andrew L. Spivack    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           nj.bkecf@fedphe.com
          Craig Scott Keiser    on behalf of Creditor    WELLS FARGO BANK, N.A.
           craig.keiser@phelanhallinan.com
          Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
           Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2007-11
           bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com
          Jerome B. Blank    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
          John  Sywilok    sywilokattorney@sywilok.com,    nj26@ecfcbis.com
          John  Sywilok    on behalf of Trustee John  Sywilok sywilokattorney@sywilok.com,    nj26@ecfcbis.com
          John W. Sywilok    on behalf of Trustee John  Sywilok sywilokattorney@sywilok.com
          Margarita Y. Ginzburg    on behalf of Creditor Frank P. Diassi djcarragher@ecf.inforuptcy.com
          Margarita Y. Ginzburg    on behalf of Creditor    Unicorn Real Estate Investment, LLC
           djcarragher@ecf.inforuptcy.com
          Margarita Y. Ginzburg    on behalf of Creditor Marianne  Diassi djcarragher@ecf.inforuptcy.com
          Margarita Y. Ginzburg    on behalf of Creditor    Amerlux, LLC djcarragher@ecf.inforuptcy.com
          Nicholas V. Rogers    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
          Phillip Andrew Raymond    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           phillip.raymond@mccalla.com
          Thaddeus R. Maciag    on behalf of Debtor Peter James Eppie MaciagLaw1@aol.com
          United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 15
```