| Clerk of the Bankruptcy Court<br>ECF Filing | LAW OFFICES<br>**John W. Sywilok** LLC.<br>**52 MAIN STREET**<br>Hackensack, NJ 07601 |
|---|---|

**SUBJECT:** Peter Eppie Case No: 14-19633
Status Report

7/28/2020

Dear Ms. Naughton: Please note that I am the Chapter 7 Trustee of the above named debtor. This is to advise as to the status of this case. I am still attempting to liquidate an interest in real property which is owned by the debtor and non-debtor spouse. I expect to resolve this issue shortly and expect to file my final report within next 90 days.

.

SIGNED *John W. Sywilok*

# MEMO

**UNITED STATES BANKRUPTCY COURT**
**District of New Jersey**

# memorandum



☒ P.O. Box 1352
Newark, NJ 07101-1352
(973) 645-4764

☐ P.O. Box 2067
Camden, NJ 08101-2607
(856) 361-2300

** 2nd Request **

☐ 402 East State Street
Trenton, NJ 08608
(609) 858-9333

| | |
|---|---|
| TO: | John Sywilok |
| FROM: | Clerk's Office |
| CASE NO./NAME: | 14-19633-JKS  Peter James Eppie |
| DATE: | 07/24/2020 |

In reviewing this case to determine if it is ready for closing, it has been noted that the following document(s) have not been filed:

☒ Trustee's Report of No Assets

☐ Certification of Service Concerning Order Respecting Amendment to Schedules or List of Creditors

☐ Chapter 13 Trustee's Final Report

☐ Order concerning a Motion returnable: _____

☒ Other:   or alternatively, a Status Report

**IF ASSETS ARE CONTEMPLATED IN A CHAPTER
7 CASE, SUBMIT NOTICE OF DISCOVERED ASSETS**

Please forward the above document(s) to the Court within ten (10) days; if they cannot be forwarded, please notify the Court. If the document(s) are not forwarded and no response is received, the case may be closed, or listed for Status Conference. Your cooperation is greatly appreciated.

**PLEASE ENCLOSE A COPY OF THIS MEMO WITH ANY SUBMISSION**

JEANNE A. NAUGHTON, Clerk

*rev.1/4/17*