UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  PETER JAMES EPPIE

Case No.: 14-19633
Chapter: 7
Judge: John K. Sherwood

## NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

_____John W. Sywilok_____, _____Chapter 7 Trustee_____, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

Address of the Clerk: 50 Walnut Street, 3rd Foor, Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable _____John K. Sherwood_____ on _____November 24, 2020_____ at __10:00__ a.m. at the United States Bankruptcy Court, courtroom no. __3D__, __50 Walnut Street, 3rd Floor, Newark, NJ 07102__ (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

Nature of action: Debtor held a 1/2 interest in real property known as 566 Temple Wick Road, Morristown, NJ 07960. The co-owner was the debtor's wife who had not filed. The property has been for sale but no buyers were forthcoming and the property is in foreclosure. There are a minimal number of creditors in this case and there are substantial funds on hand from the liquidation of other

Pertinent terms of settlement: assets to distribute a meaningful dividend to the creditors. This settlement will enable the case to be closed and make distribution

Debtor to pay the sum of $9,000.00 to the Chapter 7 Trustee in satisfaction of the Trustee's 1/2 interest in real property known as 566 Temple Wick Road, Morristown, NJ 07960

Objections must be served on, and requests for additional information directed to:

Name: John W. Sywilok, Chapter 7 Trustee    /s/ John W. Sywilok

Address: 52 Main Street, Hackensack, NJ 07601

Telephone No.: (201) 487-9390

*rev.8/1/15*