UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
PETER JAMES EPPIE

Case No.: __14-19633__  
Chapter: __7__  
Judge: __John K. Sherwood__

---

## NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

__John W. Sywilok__, __Chapter 7 Trustee__, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

| Address of the Clerk: | 50 Walnut Street, 3rd Foor, Newark, NJ 07102 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable __John K. Sherwood__ on __November 24, 2020__ at __10:00__ a.m. at the United States Bankruptcy Court, courtroom no. __3D__, __50 Walnut Street, 3rd Floor, Newark, NJ 07102__ (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

| Nature of action: | Debtor held a 1/2 interest in real property known as 566 Temple Wick Road, Morristown, NJ 07960. The co-owner was the debtor's wife who had not filed. The property has been for sale but no buyers were forthcoming and the property is in foreclosure. There are a minimal number of creditors in this case and there are substantial funds on hand from the liquidation of other |
|---|---|
| Pertinent terms of settlement: | assets to distribute a meaningful dividend to the creditors. This settlement will enable the case to be closed and make distribution<br><br>Debtor to pay the sum of $9,000.00 to the Chapter 7 Trustee in satisfaction of the Trustee's 1/2 interest in real property known as 566 Temple Wick Road, Morristown, NJ 07960 |

Objections must be served on, and requests for additional information directed to:

Name: __John W. Sywilok, Chapter 7 Trustee   /s/ John W. Sywilok__

Address: __52 Main Street, Hackensack, NJ 07601__

Telephone No.: __(201) 487-9390__

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:  
Peter James Eppie  
    Debtor(s)

Case No. 14-19633-JKS  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: Oct 21, 2020      Form ID: pdf905      Total Noticed: 34

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Peter James Eppie, 566 Tempe Wick Road, Morristown, NJ 07960-6657 |
| aty | + | Wiliam M.E. Powers, III, Powers Kirn, LLC, PO Box 848, Moorestown, NJ 08057-0848 |
| cr | | American Express National Bank, Becket & Lee, LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr | + | Frank P. Diassi, 25B Hanover Road, Florham Park, NJ 07932-1443 |
| cr | + | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| cr | + | Marianne Diassi, 25B Hanover Road, Florham Park, NJ 07932-1442 |
| cr | + | Unicorn Real Estate Investment, LLC, 25B Hanover Road, Florham Park, NJ 07932-1442 |
| cr | + | WELLS FARGO BANK, N.A., Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| cr | + | WELLS FARGO BANK, N.A., Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518347036 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 515523025 | | Amerilux, LLC, c/o Margarita Y. Ginzburg, Day Pitney LLP, One Jefferson Road, Parsippany, NJ 07054-2891 |
| 514782324 | | Chase, P O Box 78035, Phoenix, AZ 85062-8035 |
| 514782325 | + | Ellen Eppie, 566 Tempe Wick Road, Morristown, NJ 07960-6657 |
| 515247361 | + | Frank and Marianne Diassi, Unicorn Real Est Investmt LLC, 25B Hanover Road, Florham Park, NJ 07932-1442 |
| 515900181 | + | Maciag Law LLC, 475 Wall Street, Princeton, NJ 08540-1509 |
| 516386738 | | New York State Dept of Taxation and Finance, PO Box 5300, Albany NY 12205-0300 |
| 514782328 | + | Patricia Swaintek-Lamb DMD PC, 10 Anderson Road, Floor 1, Bernardsville, NJ 07924-2323 |
| 514782329 | + | Stufund Advisors, LLC, 110 Allen Road, 3rd Floor, Suite 302, Basking Ridge, NJ 07920-4500 |
| 515523023 | | Unicorn Real Estate Investment, LLC, c/o Margarita Y. Ginzburg, Day Pitney LLP, One Jefferson Road, Parsippany, NJ 07054-2891 |
| 515005433 | + | Wells Fargo Bank, N.A., Attention: Bankruptcy Department, MAC#D3347-014, 3476 Stateview Boulevard, Fort Mill, SC 29715-7203 |
| 514782332 | | Wells Fargo Home Mortgage, P O Box 11758, Newark, NJ 07101-4758 |
| 514782333 | | Wells Fargo Home Mortgage for, P O Box 11701, Newark, NJ 07101-4701 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 21 2020 22:01:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 21 2020 22:01:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| app | + | Email/Text: atkinsappraisal@aol.com | Oct 21 2020 22:01:00 | Alan Atkins, 122 Clinton Rd, Fairfield, NJ 07004-2921 |
| cr | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Oct 21 2020 22:53:11 | Ascension Capital Group, BMW Financial Services NA, LLC Departmen, PO Box 201347, Arlington, TX 76006-1347 |
| 514782320 | | Email/Text: ally@ebn.phinsolutions.com | Oct 21 2020 22:00:00 | Ally Financial, P O Box 9001951, Louisville, KY 40290-1951 |
| 514795593 | | Email/Text: ally@ebn.phinsolutions.com | Oct 21 2020 22:00:00 | Ally Financial serviced by Ally Servicing LLC, PO Box 130424, Roseville, MN 55113-0004 |
| 514782322 | | Email/PDF: ais.bmw.ebn@americaninfosource.com | | |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 21, 2020 | Form ID: pdf905 | Total Noticed: 34 |

| Recip ID | | Email Address | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Oct 21 2020 22:52:26 | BMW Financial Services, P O Box 9001065, Louisville, KY 40290-1065 |
| 514915345 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Oct 21 2020 22:52:22 | BMW Financial Services NA, LLC, 4515 N Santa Fe Ave., Dept. APS, Oklahoma City, OK 73118-7901 |
| 514792523 | + | Email/PDF: ais.bmw.ebn@americaninfosource.com | Oct 21 2020 22:52:50 | BMW Financial Services NA, LLC, 5550 Britton Parkway, Hilliard, OH 43026-7456 |
| 514799407 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 21 2020 22:00:00 | Department of Treasury - Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 515046295 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 21 2020 22:53:09 | JPMorgan Chase Bank, N.A., Chase Records Center, Attn: Correspondence Mail, 700 Kansas Lane, Monroe, LA 71203 |
| 515152150 | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 21 2020 22:01:00 | United States Trustee, One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | HSBC Bank USA, National Association as Trustee for |
| 514782321 | * | Ally Financial, P O Box 9001951, Louisville, KY 40290-1951 |
| 514782323 | *P++ | BMW FINANCIAL SERVICES, CUSTOMER SERVICE CENTER, PO BOX 3608, DUBLIN OH 43016-0306, address filed with court:, BMW Financial Services, P O Box 9001065, Louisville, KY 40290-1065 |
| 514782326 | *+ | Ellen Eppie, 566 Tempe Wick Road, Morristown, NJ 07960-6657 |
| 514782327 | *+ | Ellen Eppie, 566 Tempe Wick Road, Morristown, NJ 07960-6657 |
| 514782330 | * | US Internal Revenue Service, P O Box 8208, Philadelphia, PA 19101-8208 |
| 514782331 | * | US Internal Revenue Service, P O Box 8208, Philadelphia, PA 19101-8208 |

TOTAL: 1 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2020          Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION andrew.spivack@brockandscott.com |
| Craig Scott Keiser | on behalf of Creditor WELLS FARGO BANK  N.A. craig.keiser@law.njoag.gov |
| Denise E. Carlon | on behalf of Creditor HSBC Bank USA  National Association as Trustee for Wells Fargo Asset Securities Corporation, Mortgage |

Case 14-19633-JKS    Doc 112    Filed 10/23/20    Entered 10/24/20 00:51:59    Desc
Imaged Certificate of Notice    Page 4 of 4

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Oct 21, 2020 | Form ID: pdf905 | Total Noticed: 34 |

| | |
|---|---|
| | Pass-Through Certificates, Series 2007-11 bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com |
| Jerome B. Blank | on behalf of Creditor WELLS FARGO BANK  N.A. nj.bkecf@fedphe.com |
| John Sywilok | sywilokattorney@sywilok.com  nj26@ecfcbis.com |
| John Sywilok | on behalf of Trustee John Sywilok sywilokattorney@sywilok.com  nj26@ecfcbis.com |
| John W. Sywilok | on behalf of Trustee John Sywilok sywilokattorney@sywilok.com |
| Margarita Y. Ginzburg | on behalf of Creditor Frank P. Diassi djcarragher@ecf.inforuptcy.com |
| Margarita Y. Ginzburg | on behalf of Creditor Unicorn Real Estate Investment  LLC djcarragher@ecf.inforuptcy.com |
| Margarita Y. Ginzburg | on behalf of Creditor Marianne Diassi djcarragher@ecf.inforuptcy.com |
| Margarita Y. Ginzburg | on behalf of Creditor Amerlux  LLC djcarragher@ecf.inforuptcy.com |
| Nicholas V. Rogers | on behalf of Creditor WELLS FARGO BANK  N.A. nj.bkecf@fedphe.com |
| Phillip Andrew Raymond | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Thaddeus R. Maciag | on behalf of Debtor Peter James Eppie MaciagLaw1@aol.com |
| United States Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 15