| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Peter James Eppie** | Social Security number or ITIN   xxx–xx–7066 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 14–19633–JKS | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Peter James Eppie

11/24/20

**By the court:** John K. Sherwood
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 14-19633-JKS |
| Peter James Eppie | Chapter 7 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 24, 2020 | Form ID: 318 | Total Noticed: 34 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 26, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Peter James Eppie, 566 Tempe Wick Road, Morristown, NJ 07960-6657 |
| aty | + | Wiliam M.E. Powers, III, Powers Kirn, LLC, PO Box 848, Moorestown, NJ 08057-0848 |
| cr | + | Frank P. Diassi, 25B Hanover Road, Florham Park, NJ 07932-1443 |
| cr | + | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| cr | + | Marianne Diassi, 25B Hanover Road, Florham Park, NJ 07932-1442 |
| cr | + | Unicorn Real Estate Investment, LLC, 25B Hanover Road, Florham Park, NJ 07932-1442 |
| cr | + | WELLS FARGO BANK, N.A., Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| cr | + | WELLS FARGO BANK, N.A., Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 515523025 | | Amerilux, LLC, c/o Margarita Y. Ginzburg, Day Pitney LLP, One Jefferson Road, Parsippany, NJ 07054-2891 |
| 514782324 | | Chase, P O Box 78035, Phoenix, AZ 85062-8035 |
| 514782325 | | Ellen Eppie, 566 Tempe Wick Road, Morristown, NJ 07960-6657 |
| 515247361 | + | Frank and Marianne Diassi, Unicorn Real Est Investmt LLC, 25B Hanover Road, Florham Park, NJ 07932-1442 |
| 515900181 | + | Maciag Law LLC, 475 Wall Street, Princeton, NJ 08540-1509 |
| 516386738 | | New York State Dept of Taxation and Finance, PO Box 5300, Albany NY 12205-0300 |
| 514782328 | + | Patricia Swaintek-Lamb DMD PC, 10 Anderson Road, Floor 1, Bernardsville, NJ 07924-2323 |
| 514782329 | + | Stufund Advisors, LLC, 110 Allen Road, 3rd Floor, Suite 302, Basking Ridge, NJ 07920-4500 |
| 515523023 | | Unicorn Real Estate Investment, LLC, c/o Margarita Y. Ginzburg, Day Pitney LLP, One Jefferson Road, Parsippany, NJ 07054-2891 |
| 514782332 | | Wells Fargo Home Mortgage, P O Box 11758, Newark, NJ 07101-4758 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 24 2020 21:21:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 24 2020 21:20:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| app | + | Email/Text: atkinsappraisal@aol.com | Nov 24 2020 21:20:00 | Alan Atkins, 122 Clinton Rd, Fairfield, NJ 07004-2921 |
| cr | | EDI: BECKLEE.COM | Nov 25 2020 01:53:00 | American Express National Bank, Becket & Lee, LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr | + | EDI: AISACG.COM | Nov 25 2020 01:53:00 | Ascension Capital Group, BMW Financial Services NA, LLC Departmen, PO Box 201347, Arlington, TX 76006-1347 |
| 514782320 | | EDI: GMACFS.COM | Nov 25 2020 01:53:00 | Ally Financial, P O Box 9001951, Louisville, KY 40290-1951 |
| 514795593 | | EDI: GMACFS.COM | Nov 25 2020 01:53:00 | Ally Financial serviced by Ally Servicing LLC, PO Box 130424, Roseville, MN 55113-0004 |
| 518347036 | | EDI: BECKLEE.COM | Nov 25 2020 01:53:00 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

| | | | |
|---|---|---|---|
| District/off: 0312-2 | | User: admin | Page 2 of 3 |
| Date Rcvd: Nov 24, 2020 | | Form ID: 318 | Total Noticed: 34 |

| | | | |
|---|---|---|---|
| 514782322 | EDI: BMW.COM | Nov 25 2020 01:53:00 | BMW Financial Services, P O Box 9001065, Louisville, KY 40290-1065 |
| 514915345 | + EDI: AISACG.COM | Nov 25 2020 01:53:00 | BMW Financial Services NA, LLC, 4515 N Santa Fe Ave., Dept. APS, Oklahoma City, OK 73118-7901 |
| 514792523 | + EDI: BMW.COM | Nov 25 2020 01:53:00 | BMW Financial Services NA, LLC, 5550 Britton Parkway, Hilliard, OH 43026-7456 |
| 514799407 | EDI: IRS.COM | Nov 25 2020 01:53:00 | Department of Treasury - Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 515046295 | EDI: JPMORGANCHASE | Nov 25 2020 01:53:00 | JPMorgan Chase Bank, N.A., Chase Records Center, Attn: Correspondence Mail, 700 Kansas Lane, Monroe, LA 71203 |
| 515152150 | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 24 2020 21:20:00 | United States Trustee, One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 515005433 | + EDI: WFFC.COM | Nov 25 2020 01:53:00 | Wells Fargo Bank, N.A., Attention: Bankruptcy Department, MAC#D3347-014, 3476 Stateview Boulevard, Fort Mill, SC 29715-7203 |
| 514782333 | EDI: WFFC.COM | Nov 25 2020 01:53:00 | Wells Fargo Home Mortgage for, P O Box 11701, Newark, NJ 07101-4701 |

TOTAL: 16

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | HSBC Bank USA, National Association as Trustee for |
| 514782321 | * | Ally Financial, P O Box 9001951, Louisville, KY 40290-1951 |
| 514782323 | *P++ | BMW FINANCIAL SERVICES, CUSTOMER SERVICE CENTER, PO BOX 3608, DUBLIN OH 43016-0306, address filed with court:, BMW Financial Services, P O Box 9001065, Louisville, KY 40290-1065 |
| 514782326 | *+ | Ellen Eppie, 566 Tempe Wick Road, Morristown, NJ 07960-6657 |
| 514782327 | *+ | Ellen Eppie, 566 Tempe Wick Road, Morristown, NJ 07960-6657 |
| 514782330 | * | US Internal Revenue Service, P O Box 8208, Philadelphia, PA 19101-8208 |
| 514782331 | * | US Internal Revenue Service, P O Box 8208, Philadelphia, PA 19101-8208 |

TOTAL: 1 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 26, 2020    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 24, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|

District/off: 0312-2                        User: admin                                    Page 3 of 3
Date Rcvd: Nov 24, 2020                     Form ID: 318                                    Total Noticed: 34

Andrew L. Spivack
      on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION andrew.spivack@brockandscott.com, wbecf@brockandscott.com

Craig Scott Keiser
      on behalf of Creditor WELLS FARGO BANK  N.A. craig.keiser@law.njoag.gov

Denise E. Carlon
      on behalf of Creditor HSBC Bank USA  National Association as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2007-11 bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com

Jerome B. Blank
      on behalf of Creditor WELLS FARGO BANK  N.A. nj.bkecf@fedphe.com

John Sywilok
      sywilokattorney@sywilok.com  nj26@ecfcbis.com

John Sywilok
      on behalf of Trustee John Sywilok sywilokattorney@sywilok.com  nj26@ecfcbis.com

John W. Sywilok
      on behalf of Trustee John Sywilok sywilokattorney@sywilok.com

Margarita Y. Ginzburg
      on behalf of Creditor Frank P. Diassi djcarragher@ecf.inforuptcy.com

Margarita Y. Ginzburg
      on behalf of Creditor Unicorn Real Estate Investment  LLC djcarragher@ecf.inforuptcy.com

Margarita Y. Ginzburg
      on behalf of Creditor Marianne Diassi djcarragher@ecf.inforuptcy.com

Margarita Y. Ginzburg
      on behalf of Creditor Amerlux  LLC djcarragher@ecf.inforuptcy.com

Nicholas V. Rogers
      on behalf of Creditor WELLS FARGO BANK  N.A. nj.bkecf@fedphe.com

Phillip Andrew Raymond
      on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

Thaddeus R. Maciag
      on behalf of Debtor Peter James Eppie MaciagLaw1@aol.com

United States Trustee
      USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 15