Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                  Case No.: 14−19633−JKS
                                  Chapter: 7
                                  Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Peter James Eppie
    566 Tempe Wick Road
    Morristown, NJ 07960

Social Security No.:
    xxx−xx−7066

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:      2/3/22
Time:     10:00 AM
Location:   Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
John Sywilok, Trustee's Attorney

COMMISSION OR FEES
$13,880.00

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

    ☐    will not reduce the amount to be paid to general unsecured creditors under the plan.

    ☐    will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

    An appearance is not required on an application for compensation unless an objection is filed.

Dated: December 30, 2021
JAN:

                                                                    Jeanne Naughton
                                                                    Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 14-19633-JKS

Peter James Eppie  Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 3
Date Rcvd: Dec 30, 2021    Form ID: 137    Total Noticed: 33

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Peter James Eppie, 566 Tempe Wick Road, Morristown, NJ 07960-6657 |
| aty | + | Wiliam M.E. Powers, III, Powers Kirn, LLC, PO Box 848, Moorestown, NJ 08057-0848 |
| cr | | American Express National Bank, Becket & Lee, LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr | + | Frank P. Diassi, 25B Hanover Road, Florham Park, NJ 07932-1443 |
| cr | + | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| cr | + | Marianne Diassi, 25B Hanover Road, Florham Park, NJ 07932-1442 |
| cr | + | Unicorn Real Estate Investment, LLC, 25B Hanover Road, Florham Park, NJ 07932-1442 |
| cr | + | WELLS FARGO BANK, N.A., Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| cr | + | WELLS FARGO BANK, N.A., Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518347036 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 515523025 | | Amerilux, LLC, c/o Margarita Y. Ginzburg, Day Pitney LLP, One Jefferson Road, Parsippany, NJ 07054-2891 |
| 514782324 | | Chase, P O Box 78035, Phoenix, AZ 85062-8035 |
| 515247361 | + | Frank and Marianne Diassi, Unicorn Real Est Investmt LLC, 25B Hanover Road, Florham Park, NJ 07932-1442 |
| 515900181 | + | Maciag Law LLC, 475 Wall Street, Princeton, NJ 08540-1509 |
| 516386738 | | New York State Dept of Taxation and Finance, PO Box 5300, Albany NY 12205-0300 |
| 514782328 | + | Patricia Swaintek-Lamb DMD PC, 10 Anderson Road, Floor 1, Bernardsville, NJ 07924-2323 |
| 514782329 | + | Stufund Advisors, LLC, 110 Allen Road, 3rd Floor, Suite 302, Basking Ridge, NJ 07920-4500 |
| 515523023 | | Unicorn Real Estate Investment, LLC, c/o Margarita Y. Ginzburg, Day Pitney LLP, One Jefferson Road, Parsippany, NJ 07054-2891 |
| 515005433 | + | Wells Fargo Bank, N.A., Attention: Bankruptcy Department, MAC#D3347-014, 3476 Stateview Boulevard, Fort Mill, SC 29715-7203 |
| 514782332 | | Wells Fargo Home Mortgage, P O Box 11758, Newark, NJ 07101-4758 |
| 514782333 | | Wells Fargo Home Mortgage for, P O Box 11701, Newark, NJ 07101-4701 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 30 2021 20:06:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 30 2021 20:06:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| app | + | Email/Text: atkinsappraisal@aol.com | Dec 30 2021 20:06:00 | Alan Atkins, 122 Clinton Rd, Fairfield, NJ 07004-2921 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 30 2021 20:13:10 | Ascension Capital Group, BMW Financial Services NA, LLC Departmen, PO Box 201347, Arlington, TX 76006-1347 |
| 514782320 | | Email/Text: ally@ebn.phinsolutions.com | Dec 30 2021 20:06:00 | Ally Financial, P O Box 9001951, Louisville, KY |

| Recip ID | | Notice Type | Date/Time | Address |
|---|---|---|---|---|
| | | | | 40290-1951 |
| 514795593 | | Email/Text: ally@ebn.phinsolutions.com | Dec 30 2021 20:06:00 | Ally Financial serviced by Ally Servicing LLC, PO Box 130424, Roseville, MN 55113-0004 |
| 514782322 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Dec 30 2021 20:13:06 | BMW Financial Services, P O Box 9001065, Louisville, KY 40290-1065 |
| 514915345 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 30 2021 20:13:14 | BMW Financial Services NA, LLC, 4515 N Santa Fe Ave., Dept. APS, Oklahoma City, OK 73118-7901 |
| 514792523 | + | Email/PDF: acg.bmw.ebn@aisinfo.com | Dec 30 2021 20:13:14 | BMW Financial Services NA, LLC, 5550 Britton Parkway, Hilliard, OH 43026-7456 |
| 514799407 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 30 2021 20:06:00 | Department of Treasury - Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 515046295 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 30 2021 20:13:09 | JPMorgan Chase Bank, N.A., Chase Records Center, Attn: Correspondence Mail, 700 Kansas Lane, Monroe, LA 71203 |
| 515152150 | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 30 2021 20:06:00 | United States Trustee, One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

TOTAL: 12

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | HSBC Bank USA, National Association as Trustee for |
| 514782321 | * | Ally Financial, P O Box 9001951, Louisville, KY 40290-1951 |
| 514782323 | *P++ | BMW FINANCIAL SERVICES, CUSTOMER SERVICE CENTER, PO BOX 3608, DUBLIN OH 43016-0306, address filed with court:, BMW Financial Services, P O Box 9001065, Louisville, KY 40290-1065 |
| 514782326 | *+ | Ellen Eppie, 566 Tempe Wick Road, Morristown, NJ 07960-6657 |
| 514782327 | *+ | Ellen Eppie, 566 Tempe Wick Road, Morristown, NJ 07960-6657 |
| 514782330 | * | US Internal Revenue Service, P O Box 8208, Philadelphia, PA 19101-8208 |
| 514782331 | * | US Internal Revenue Service, P O Box 8208, Philadelphia, PA 19101-8208 |
| 514782325 | ##+ | Ellen Eppie, 566 Tempe Wick Road, Morristown, NJ 07960-6657 |

TOTAL: 1 Undeliverable, 6 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 01, 2022    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 30, 2021 at the address(es) listed below:**

**Name** | **Email Address**

Craig Scott Keiser

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Dec 30, 2021 | Form ID: 137 | Total Noticed: 33 |

on behalf of Creditor WELLS FARGO BANK  N.A. craig.keiser@law.njoag.gov

Denise E. Carlon

on behalf of Creditor HSBC Bank USA  National Association as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2007-11 bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com

Jerome B. Blank

on behalf of Creditor WELLS FARGO BANK  N.A. nj.bkecf@fedphe.com

John Sywilok

sywilokattorney@sywilok.com  nj26@ecfcbis.com

John Sywilok

on behalf of Trustee John Sywilok sywilokattorney@sywilok.com  nj26@ecfcbis.com

John W. Sywilok

on behalf of Trustee John Sywilok sywilokattorney@sywilok.com

Margarita Y. Ginzburg

on behalf of Creditor Frank P. Diassi djcarragher@ecf.inforuptcy.com

Margarita Y. Ginzburg

on behalf of Creditor Unicorn Real Estate Investment  LLC djcarragher@ecf.inforuptcy.com

Margarita Y. Ginzburg

on behalf of Creditor Marianne Diassi djcarragher@ecf.inforuptcy.com

Margarita Y. Ginzburg

on behalf of Creditor Amerlux  LLC djcarragher@ecf.inforuptcy.com

Nicholas V. Rogers

on behalf of Creditor WELLS FARGO BANK  N.A. nj.bkecf@fedphe.com

Phillip Andrew Raymond

on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

Thaddeus R. Maciag

on behalf of Debtor Peter James Eppie MaciagLaw1@aol.com

United States Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 14