UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

John W. Sywilok, Esq. (JS 2289)
John W. Sywilok LLC
52 Main Street
Hackensack, NJ 07601
(201) 487-9390
Attorney for Chapter 7 Trustee, John W. Sywilok

Order Filed on February 9, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

PETER JAMES EPPIE

Debtor.

Case No.: 14-19633

Hearing Date: 02/03/2022

Judge: John K. Sherwood

Chapter: 7

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

DATED: February 9, 2022

Honorable John K. Sherwood
United States Bankruptcy Court

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| John W. Sywilok<br>Attorney for Chapter 7 Trustee | $13,880.00 | $0.00 |

rev.8/1/15

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                   Case No. 14-19633-JKS

Peter James Eppie                                                                         Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 09, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Peter James Eppie, 566 Tempe Wick Road, Morristown, NJ 07960-6657 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2022                        Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Craig Scott Keiser | on behalf of Creditor WELLS FARGO BANK  N.A. craig.keiser@law.njoag.gov |
| Denise E. Carlon | on behalf of Creditor HSBC Bank USA  National Association as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2007-11 bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com |
| Jerome B. Blank | on behalf of Creditor WELLS FARGO BANK  N.A. nj.bkecf@fedphe.com |
| John Sywilok | sywilokattorney@sywilok.com nj26@ecfcbis.com |
| John Sywilok | |

| | |
|---|---|
| | on behalf of Trustee John Sywilok sywilokattorney@sywilok.com  nj26@ecfcbis.com |
| John W. Sywilok | on behalf of Trustee John Sywilok sywilokattorney@sywilok.com |
| Margarita Y. Ginzburg | on behalf of Creditor Marianne Diassi djcarragher@ecf.inforuptcy.com |
| Margarita Y. Ginzburg | on behalf of Creditor Amerlux  LLC djcarragher@ecf.inforuptcy.com |
| Margarita Y. Ginzburg | on behalf of Creditor Frank P. Diassi djcarragher@ecf.inforuptcy.com |
| Margarita Y. Ginzburg | on behalf of Creditor Unicorn Real Estate Investment  LLC djcarragher@ecf.inforuptcy.com |
| Nicholas V. Rogers | on behalf of Creditor WELLS FARGO BANK  N.A. nj.bkecf@fedphe.com |
| Phillip Andrew Raymond | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Thaddeus R. Maciag | on behalf of Debtor Peter James Eppie MaciagLaw1@aol.com |
| United States Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 14