Form 192 – aplccmpnrpt

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                        Case No.:  14−19633−JKS
                                        Chapter:  7
                                        Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Peter James Eppie
   566 Tempe Wick Road
   Morristown, NJ 07960

Social Security No.:
   xxx−xx−7066

Employer's Tax I.D. No.:

## NOTICE OF FILING OF FINAL ACCOUNT(S) OF TRUSTEE,
## OF HEARING ON APPLICATIONS FOR COMPENSATION
## (AND OF HEARING ON ABANDONMENT OF PROPERTY BY THE TRUSTEE)

    THE FINAL REPORT(S) and account(s) of the trustee in this case having been filed,

    NOTICE IS HEREBY GIVEN that there will be a hearing held before Honorable John K. Sherwood on:

DATE:                  April 7, 2022
TIME:                  10:00 AM
LOCATION:       Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of examining and passing on the report(s) and account(s), acting on applications for compensation and transacting such other business as may properly come before the court. Attendance by creditors is welcomed, but not required.

The account of the trustee shows:

TOTAL RECEIPTS:           $289,697.11
TOTAL DISBURSEMENTS:   $29,320.64
BALANCE ON HAND:         $260,376.47

In addition to expenses of administration as may be allowed by the court, claims secured by liens and claims entitled to priority must be paid in advance of any dividends to general creditors. The following applications for compensation have been filed: (creditors may be heard before the applications are determined)

APPLICANT(S)
John W. Sywilok, Trustee

COMMISSION OR FEES
$9,800.00

EXPENSES
$97.80

The trustee's application to abandon the following property will be heard and acted upon:

The trustee's reports are available for inspection in the clerks office.

Any objection to the trustee's Final Report and Account must be filed (7) seven days prior to the above date and will be heard at that time of the final meeting.

Dated: March 7, 2022
JAN: rh

                                                                Jeanne Naughton
                                                                 Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 14-19633-JKS |
| Peter James Eppie | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 07, 2022 | Form ID: 192 | Total Noticed: 33 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Peter James Eppie, 566 Tempe Wick Road, Morristown, NJ 07960-6657 |
| aty | + | Wiliam M.E. Powers, III, Powers Kirn, LLC, PO Box 848, Moorestown, NJ 08057-0848 |
| cr | + | Frank P. Diassi, 25B Hanover Road, Florham Park, NJ 07932-1443 |
| cr | + | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| cr | + | Marianne Diassi, 25B Hanover Road, Florham Park, NJ 07932-1442 |
| cr | + | Unicorn Real Estate Investment, LLC, 25B Hanover Road, Florham Park, NJ 07932-1442 |
| cr | + | WELLS FARGO BANK, N.A., Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| cr | + | WELLS FARGO BANK, N.A., Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 515523025 | | Amerilux, LLC, c/o Margarita Y. Ginzburg, Day Pitney LLP, One Jefferson Road, Parsippany, NJ 07054-2891 |
| 514782324 | | Chase, P O Box 78035, Phoenix, AZ 85062-8035 |
| 515247361 | + | Frank and Marianne Diassi, Unicorn Real Est Investmt LLC, 25B Hanover Road, Florham Park, NJ 07932-1442 |
| 515900181 | + | Maciag Law LLC, 475 Wall Street, Princeton, NJ 08540-1509 |
| 516386738 | | New York State Dept of Taxation and Finance, PO Box 5300, Albany NY 12205-0300 |
| 514782328 | + | Patricia Swaintek-Lamb DMD PC, 10 Anderson Road, Floor 1, Bernardsville, NJ 07924-2323 |
| 514782329 | + | Stufund Advisors, LLC, 110 Allen Road, 3rd Floor, Suite 302, Basking Ridge, NJ 07920-4500 |
| 515523023 | | Unicorn Real Estate Investment, LLC, c/o Margarita Y. Ginzburg, Day Pitney LLP, One Jefferson Road, Parsippany, NJ 07054-2891 |
| 515005433 | + | Wells Fargo Bank, N.A., Attention: Bankruptcy Department, MAC#D3347-014, 3476 Stateview Boulevard, Fort Mill, SC 29715-7203 |
| 514782332 | | Wells Fargo Home Mortgage, P O Box 11758, Newark, NJ 07101-4758 |
| 514782333 | | Wells Fargo Home Mortgage for, P O Box 11701, Newark, NJ 07101-4701 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 07 2022 20:26:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 07 2022 20:26:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| app | + | Email/Text: atkinsappraisal@aol.com | Mar 07 2022 20:26:00 | Alan Atkins, 122 Clinton Rd, Fairfield, NJ 07004-2921 |
| cr | | Email/PDF: bncnotices@becket-lee.com | Mar 07 2022 20:30:43 | American Express National Bank, Becket & Lee, LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 07 2022 20:30:54 | Ascension Capital Group, BMW Financial Services NA, LLC Departmen, PO Box 201347, Arlington, TX 76006-1347 |
| 514782320 | | Email/Text: ally@ebn.phinsolutions.com | | |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Mar 07 2022 20:26:00 | Ally Financial, P O Box 9001951, Louisville, KY 40290-1951 |
| 514795593 | | Email/Text: ally@ebn.phinsolutions.com | Mar 07 2022 20:26:00 | Ally Financial serviced by Ally Servicing LLC, PO Box 130424, Roseville, MN 55113-0004 |
| 518347036 | | Email/PDF: bncnotices@becket-lee.com | Mar 07 2022 20:30:51 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 514782322 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Mar 07 2022 20:30:42 | BMW Financial Services, P O Box 9001065, Louisville, KY 40290-1065 |
| 514915345 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 07 2022 20:30:42 | BMW Financial Services NA, LLC, 4515 N Santa Fe Ave., Dept. APS, Oklahoma City, OK 73118-7901 |
| 514792523 | + | Email/PDF: acg.bmw.ebn@aisinfo.com | Mar 07 2022 20:30:54 | BMW Financial Services NA, LLC, 5550 Britton Parkway, Hilliard, OH 43026-7456 |
| 514799407 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 07 2022 20:26:00 | Department of Treasury - Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 515046295 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 07 2022 20:30:46 | JPMorgan Chase Bank, N.A., Chase Records Center, Attn: Correspondence Mail, 700 Kansas Lane, Monroe, LA 71203 |
| 515152150 | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 07 2022 20:26:00 | United States Trustee, One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | HSBC Bank USA, National Association as Trustee for |
| 514782321 | * | Ally Financial, P O Box 9001951, Louisville, KY 40290-1951 |
| 514782323 | *P++ | BMW FINANCIAL SERVICES, CUSTOMER SERVICE CENTER, PO BOX 3608, DUBLIN OH 43016-0306, address filed with court:, BMW Financial Services, P O Box 9001065, Louisville, KY 40290-1065 |
| 514782326 | *+ | Ellen Eppie, 566 Tempe Wick Road, Morristown, NJ 07960-6657 |
| 514782327 | *+ | Ellen Eppie, 566 Tempe Wick Road, Morristown, NJ 07960-6657 |
| 514782330 | * | US Internal Revenue Service, P O Box 8208, Philadelphia, PA 19101-8208 |
| 514782331 | * | US Internal Revenue Service, P O Box 8208, Philadelphia, PA 19101-8208 |
| 514782325 | ##+ | Ellen Eppie, 566 Tempe Wick Road, Morristown, NJ 07960-6657 |

TOTAL: 1 Undeliverable, 6 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 09, 2022         Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 7, 2022 at the address(es) listed

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Mar 07, 2022 | Form ID: 192 | Total Noticed: 33 |

**below:**

| Name | Email Address |
|---|---|
| Craig Scott Keiser | on behalf of Creditor WELLS FARGO BANK  N.A. craig.keiser@law.njoag.gov |
| Denise E. Carlon | on behalf of Creditor HSBC Bank USA  National Association as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2007-11 bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com |
| Jerome B. Blank | on behalf of Creditor WELLS FARGO BANK  N.A. nj.bkecf@fedphe.com |
| John Sywilok | sywilokattorney@sywilok.com  nj26@ecfcbis.com |
| John Sywilok | on behalf of Trustee John Sywilok sywilokattorney@sywilok.com  nj26@ecfcbis.com |
| John W. Sywilok | on behalf of Trustee John Sywilok sywilokattorney@sywilok.com |
| Margarita Y. Ginzburg | on behalf of Creditor Frank P. Diassi djcarragher@ecf.inforuptcy.com |
| Margarita Y. Ginzburg | on behalf of Creditor Unicorn Real Estate Investment  LLC djcarragher@ecf.inforuptcy.com |
| Margarita Y. Ginzburg | on behalf of Creditor Marianne Diassi djcarragher@ecf.inforuptcy.com |
| Margarita Y. Ginzburg | on behalf of Creditor Amerlux  LLC djcarragher@ecf.inforuptcy.com |
| Nicholas V. Rogers | on behalf of Creditor WELLS FARGO BANK  N.A. nj.bkecf@fedphe.com |
| Phillip Andrew Raymond | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Thaddeus R. Maciag | on behalf of Debtor Peter James Eppie MaciagLaw1@aol.com |
| United States Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 14