UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

Caption in Compliance with D.N.J. LBR 9004-2(c)
JOHN W. SYWILOK {JS2289}
52 MAIN STREET
HACKENSACK, NJ 07601
Chapter 7 Trustee
{201} 487-9390



**Order Filed on April 8, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

EPPIE, PETER JAMES

Debtor(s)

Case No.: 14-19633

Judge: John K. Sherwood

## ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

The relief set forth on the following pages, numbered two {2} is hereby ORDERED.

**DATED: April 8, 2022**

Honorable John K. Sherwood
United States Bankruptcy Court

**Page2**
Debtor: EPPIE, PETER JAMES
Case No.: 14-19633/JKS
Caption of Order: Order Awarding Trustee's Compensation and Expenses

Upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $_9,800.00_ is reasonable compensation for the services in this case by JOHN W. SYWILOK, trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $_97.80_ is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.