| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>NEWARK DIVISION | |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br>JOHN W. SYWILOK (JS2289)<br>52 MAIN STREET<br>HACKENSACK, NJ 07601<br>Chapter 7 Trustee<br>(201) 487-9390 | Order Filed on April 8, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>EPPIE, PETER JAMES<br><br><br>Debtor(s) | Case No.: 14-19633<br><br>Judge: John K. Sherwood |

### ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: April 8, 2022**

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Debtor: EPPIE, PETER JAMES
Case No.: 14-19633/JKS
Caption of Order: Order Awarding Trustee's Compensation and Expenses

---

Upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $_9,800.00_ is reasonable compensation for the services in this case by JOHN W. SYWILOK, trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $_97.80_ is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 14-19633-JKS
Peter James Eppie  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2
Date Rcvd: Apr 08, 2022      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Peter James Eppie, 566 Tempe Wick Road, Morristown, NJ 07960-6657 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2022      Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Craig Scott Keiser | on behalf of Creditor WELLS FARGO BANK N.A. craig.keiser@law.njoag.gov |
| Denise E. Carlon | on behalf of Creditor HSBC Bank USA National Association as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2007-11 bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com |
| Jerome B. Blank | on behalf of Creditor WELLS FARGO BANK N.A. nj.bkecf@fedphe.com |
| John Sywilok | sywilokattorney@sywilok.com nj26@ecfcbis.com |
| John Sywilok | on behalf of Trustee John Sywilok sywilokattorney@sywilok.com nj26@ecfcbis.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Apr 08, 2022 | Form ID: pdf903 | Total Noticed: 1 |

John W. Sywilok
      on behalf of Trustee John Sywilok sywilokattorney@sywilok.com

Margarita Y. Ginzburg
      on behalf of Creditor Marianne Diassi djcarragher@ecf.inforuptcy.com

Margarita Y. Ginzburg
      on behalf of Creditor Amerlux  LLC djcarragher@ecf.inforuptcy.com

Margarita Y. Ginzburg
      on behalf of Creditor Frank P. Diassi djcarragher@ecf.inforuptcy.com

Margarita Y. Ginzburg
      on behalf of Creditor Unicorn Real Estate Investment  LLC djcarragher@ecf.inforuptcy.com

Nicholas V. Rogers
      on behalf of Creditor WELLS FARGO BANK  N.A. nj.bkecf@fedphe.com

Phillip Andrew Raymond
      on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

Thaddeus R. Maciag
      on behalf of Debtor Peter James Eppie MaciagLaw1@aol.com

United States Trustee
      USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 14