**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**NEWARK DIVISION**

In re: EPPIE, PETER JAMES § Case No. 14-19633-JKS
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

JOHN W. SYWILOK, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $776,001.00     Assets Exempt: $36,475.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $236,273.67     Claims Discharged
                                                 Without Payment: $8,080.50

Total Expenses of Administration: $53,423.44

---

3) Total gross receipts of $ 289,697.11 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $289,697.11 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $580,964.50 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 52,040.20 | 44,105.34 | 44,105.34 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 16,809.10 | 9,318.10 | 9,318.10 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 202,056.55 | 202,056.55 | 202,056.55 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 80,562.32 | 42,297.62 | 34,217.12 |
| **TOTAL DISBURSEMENTS** | $0.00 | $932,432.67 | $297,777.61 | $289,697.11 |

4) This case was originally filed under Chapter 7 on May 13, 2014. The case was pending for 99 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/30/2022           By: /s/JOHN W. SYWILOK
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| BALANCE OF FUNDS HELD IN DEBTOR-IN-POSSESSION | 1129-000 | 9,884.26 |
| 1/2 INTEREST IN REAL PROPERTY LOCATED AT: | 1110-000 | 104,044.24 |
| 1/2 INTEREST IN BANK ACCOUNT WITH CHASE BANK | 1129-000 | 87,816.40 |
| 1/2 INTEREST IN BANK ACCOUNT WITH JPMORGAN | 1129-000 | 74,602.50 |
| 1/2 INTEREST IN BANK ACCOUNT WITH CHASE BANK | 1129-000 | 3,727.17 |
| 1/2 INTEREST IN SAVINGS ACCOUNT WITH CHASE BANK | 1129-000 | 475.04 |
| HOUSEHOLD GOODS AND FURNISHINGS | 1129-000 | 9,147.50 |
| **TOTAL GROSS RECEIPTS** | | **$289,697.11** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | WELLS FARGO BANK, N.A. | 4110-000 | N/A | 102,897.07 | 0.00 | 0.00 |
| 5 | JPMORGAN CHASE BANK, N.A. | 4110-000 | N/A | 478,067.43 | 0.00 | 0.00 |
| 7 | FRANK P. DIASSI AND MARIANNE DIASSI | 4110-000 | N/A | N/A | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$580,964.50** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| U.S. Trustee Quarterly Fees - UNITED STATES TRUSTEE | 2950-000 | N/A | 325.00 | 325.00 | 325.00 |
| Other - A. ATKINS APPRAISAL CORP. | 3711-000 | N/A | 3,500.00 | 3,500.00 | 3,500.00 |
| Attorney for Trustee Fees (Trustee Firm) - JOHN W. SYWILOK, ESQ. | 3110-000 | N/A | 13,880.00 | 13,880.00 | 13,880.00 |
| Trustee Compensation - JOHN W. SYWILOK, ESQ. | 2100-000 | N/A | 17,734.86 | 9,800.00 | 9,800.00 |
| Trustee Expenses - JOHN W. SYWILOK, ESQ. | 2200-000 | N/A | 97.80 | 97.80 | 97.80 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 12.45 | 12.45 | 12.45 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 15.66 | 15.66 | 15.66 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 8.28 | 8.28 | 8.28 |
| Other - NJ REPORTERS AND INTERPRETERS, LLC | 3991-000 | N/A | 295.95 | 295.95 | 295.95 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 13.80 | 13.80 | 13.80 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 67.47 | 67.47 | 67.47 |
| Other - JOHN W. SYWILOK LLC, ATTORNEY TRUST ACCOUNT | 2300-000 | N/A | -5.47 | -5.47 | -5.47 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 124.03 | 124.03 | 124.03 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 111.57 | 111.57 | 111.57 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 107.21 | 107.21 | 107.21 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 134.09 | 134.09 | 134.09 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 196.65 | 196.65 | 196.65 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 183.69 | 183.69 | 183.69 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 202.43 | 202.43 | 202.43 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 190.81 | 190.81 | 190.81 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 186.43 | 186.43 | 186.43 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 209.75 | 209.75 | 209.75 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 82.17 | 82.17 | 82.17 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 175.79 | 175.79 | 175.79 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 175.49 | 175.49 | 175.49 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 200.50 | 200.50 | 200.50 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 177.22 | 177.22 | 177.22 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 177.93 | 177.93 | 177.93 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 204.12 | 204.12 | 204.12 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 179.74 | 179.74 | 179.74 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 206.45 | 206.45 | 206.45 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 188.25 | 188.25 | 188.25 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 181.72 | 181.72 | 181.72 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 200.26 | 200.26 | 200.26 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 187.44 | 187.44 | 187.44 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 34.18 | 34.18 | 34.18 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 200.14 | 200.14 | 200.14 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 211.24 | 211.24 | 211.24 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 249.67 | 249.67 | 249.67 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 225.18 | 225.18 | 225.18 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 265.03 | 265.03 | 265.03 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 240.56 | 240.56 | 240.56 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 232.20 | 232.20 | 232.20 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 263.89 | 263.89 | 263.89 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 231.51 | 231.51 | 231.51 |
| Other - FIRST BERGEN TITLE AGENCY, L.L.C. | 2500-000 | N/A | 350.00 | 350.00 | 350.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 255.11 | 255.11 | 255.11 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 238.34 | 238.34 | 238.34 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 230.02 | 230.02 | 230.02 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 49.76 | 49.76 | 49.76 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 261.35 | 261.35 | 261.35 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 221.36 | 221.36 | 221.36 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 236.85 | 236.85 | 236.85 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 228.63 | 228.63 | 228.63 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 259.82 | 259.82 | 259.82 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 227.95 | 227.95 | 227.95 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 251.18 | 251.18 | 251.18 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 242.96 | 242.96 | 242.96 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 125.21 | 125.21 | 125.21 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 147.46 | 147.46 | 147.46 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 46.92 | 46.92 | 46.92 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 56.06 | 56.06 | 56.06 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 130.14 | 130.14 | 130.14 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 260.08 | 260.08 | 260.08 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 251.01 | 251.01 | 251.01 |
| Other - Mechanics Bank | 2600-000 | N/A | 276.55 | 276.55 | 276.55 |
| Other - Mechanics Bank | 2600-000 | N/A | 267.45 | 267.45 | 267.45 |
| Other - Mechanics Bank | 2600-000 | N/A | 249.78 | 249.78 | 249.78 |
| Other - Mechanics Bank | 2600-000 | N/A | 275.22 | 275.22 | 275.22 |
| Other - Mechanics Bank | 2600-000 | N/A | 257.55 | 257.55 | 257.55 |
| Other - People's United Bank | 2600-000 | N/A | 250.01 | 250.01 | 250.01 |
| Other - People's United Bank | 2600-000 | N/A | 298.27 | 298.27 | 298.27 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 78.26 | 78.26 | 78.26 |
| Other - People's United Bank | 2600-000 | N/A | 262.32 | 262.32 | 262.32 |
| Other - People's United Bank | 2600-000 | N/A | 323.89 | 323.89 | 323.89 |
| Other - People's United Bank | 2600-000 | N/A | 464.93 | 464.93 | 464.93 |
| Other - People's United Bank | 2600-000 | N/A | 421.91 | 421.91 | 421.91 |
| Other - People's United Bank | 2600-000 | N/A | 393.15 | 393.15 | 393.15 |
| Other - TITLE CLOSING SERVICES, LLC D/B/A WEICHERT TITLE AGENCY | 2500-000 | N/A | -1,096.73 | -1,096.73 | -1,096.73 |
| Other - People's United Bank | 2600-000 | N/A | 462.67 | 462.67 | 462.67 |
| Other - People's United Bank | 2600-000 | N/A | 421.51 | 421.51 | 421.51 |
| Other - People's United Bank | 2600-000 | N/A | 449.01 | 449.01 | 449.01 |
| Other - People's United Bank | 2600-000 | N/A | 420.23 | 420.23 | 420.23 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 405.57 | 405.57 | 405.57 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 446.83 | 446.83 | 446.83 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 432.13 | 432.13 | 432.13 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 116.34 | 116.34 | 116.34 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$52,040.20** | **$44,105.34** | **$44,105.34** |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THADDEUS R. MACIAG, ESQ. | 6210-000 | N/A | 15,506.50 | 8,015.50 | 8,015.50 |
| THADDEUS R. MACIAG, ESQ. | 6220-000 | N/A | 1,302.60 | 1,302.60 | 1,302.60 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | **$16,809.10** | **$9,318.10** | **$9,318.10** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | DEPARTMENT OF THE TREASURY-INTERNAL REVENUE | 5800-000 | N/A | 161,538.25 | 161,538.25 | 161,538.25 |
| 11 | NEW YORK STATE DEPARTMENT OF TAXATION & FINANCE | 5800-000 | N/A | 40,518.30 | 40,518.30 | 40,518.30 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $202,056.55 | $202,056.55 | $202,056.55 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | ALLY FINANCIAL | 7100-000 | N/A | 20,895.00 | 0.00 | 0.00 |
| 2A | DEPARTMENT OF THE TREASURY-INTERNAL REVENUE | 7100-000 | N/A | 31,364.68 | 31,364.68 | 25,372.80 |
| 3 | BMW FINANCIAL SERVICES NA, LLC | 7100-000 | N/A | 17,369.70 | 0.00 | 0.00 |
| 8 | UNICORN REAL ESTATE INVESTMENT, LLC | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 9 | AMERILUX, LLC | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 11A | NEW YORK STATE DEPARTMENT OF TAXATION & FINANCE | 7100-000 | N/A | 10,932.94 | 10,932.94 | 8,844.32 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $80,562.32 | $42,297.62 | $34,217.12 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-19633-JKS  
**Case Name:** EPPIE, PETER JAMES  

**Period Ending:** 11/30/22

**Trustee:** (500230) JOHN W. SYWILOK  
**Filed (f) or Converted (c):** 09/02/14 (c)  
**§341(a) Meeting Date:** 10/16/14  
**Claims Bar Date:** 01/14/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | BALANCE OF FUNDS HELD IN DEBTOR-IN-POSSESSION BANK ACCOUNT WITH VALLEY NATIONAL BANK ACCOUNT NO. ENDING 1383 | 9,884.26 | 9,884.26 | | 9,884.26 | FA |
| 2 | 1/2 INTEREST IN REAL PROPERTY LOCATED AT: 566 TEMPE WICK ROAD MORRISTOWN, NJ 07960 (See Footnote) | 553,050.00 | 101,974.00 | | 104,044.24 | FA |
| 3 | INTEREST IN REAL PROPERTY LOCATED AT: 161 DRYDEN ROAD BERNARDSVILLE, NJ 07924 | 770,000.00 | 0.00 | OA | 0.00 | FA |
| 4 | CASH ON HAND | 2,000.00 | 0.00 | | 0.00 | FA |
| 5 | 1/2 INTEREST IN BANK ACCOUNT WITH CHASE BANK ACCOUNT NO. ENDING 2230 (See Footnote) | 87,816.40 | 87,816.40 | | 87,816.40 | FA |
| 6 | 1/2 INTEREST IN BANK ACCOUNT WITH JPMORGAN CHASE BANK (See Footnote) | 74,602.50 | 74,602.50 | | 74,602.50 | FA |
| 7 | ERRONEOUS ASSET ENTERED IN ERROR | 0.00 | 0.00 | | 0.00 | FA |
| 8 | 1/2 INTEREST IN BANK ACCOUNT WITH CHASE BANK ACCOUNT NO. ENDING 8581 (See Footnote) | 3,727.17 | 3,727.17 | | 3,727.17 | FA |
| 9 | 1/2 INTEREST IN SAVINGS ACCOUNT WITH CHASE BANK ACCOUNT NO. ENDING 1614 (See Footnote) | 475.04 | 475.04 | | 475.04 | FA |
| 10 | HOUSEHOLD GOODS AND FURNISHINGS | 7,500.00 | 15,797.50 | | 9,147.50 | FA |
| 11 | WEARING APPAREL | 2,500.00 | 0.00 | | 0.00 | FA |
| 12 | JEWELRY | 1,500.00 | 0.00 | | 0.00 | FA |
| 13 | LIFE INSURANCE POLICY WITH NORTHWESTERN | Unknown | 0.00 | | 0.00 | FA |
| 14 | 16% INTEREST IN BUSINESS OF STUFUND ADVISORS, LLC | 1.00 | 0.00 | | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-19633-JKS  
**Case Name:** EPPIE, PETER JAMES

**Period Ending:** 11/30/22

**Trustee:** (500230)   JOHN W. SYWILOK  
**Filed (f) or Converted (c):** 09/02/14 (c)  
**§341(a) Meeting Date:** 10/16/14  
**Claims Bar Date:** 01/14/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 15 | LEASED AUTOMOBILE-2014 CADILLAC SRX  (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 16 | LEASED AUTOMOBILE-2013 BMW X6  (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| **16** | **Assets**   **Totals** (Excluding unknown values) | **$1,513,056.37** | **$294,276.87** | | **$289,697.11** | **$0.00** |

| | |
|---|---|
| RE PROP# 2 | 1/2 OWNER WITH NON-FILING SPOUSE, ELLEN EPPIE |
| RE PROP# 5 | JOINT WITH NON-FILING SPOUSE, ELLEN EPPIE |
| RE PROP# 6 | JOINT WITH NON-FILING SPOUSE, ELLEN EPPIE |
| RE PROP# 8 | JOINT WITH NON-FILING SPOUSE, ELLEN EPPIE |
| RE PROP# 9 | JOINT WITH NON-FILING SPOUSE, ELLEN EPPIE |
| RE PROP# 15 | LEASED THROUGH ALLY FINANCIAL |
| RE PROP# 16 | LEASED THROUGH BMW FINANCIAL SERVICES NA, LLC |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   December 31, 2015   **Current Projected Date Of Final Report (TFR):**   March 4, 2022  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 14-19633-JKS  
**Case Name:** EPPIE, PETER JAMES  

**Taxpayer ID #:** **-***0935  
**Period Ending:** 11/30/22

**Trustee:** JOHN W. SYWILOK (500230)  
**Bank Name:** Mechanics Bank  
**Account:** ******7166 - Checking Account  
**Blanket Bond:** $40,490,099.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/27/14 | {1} | PETER JAMES EPPIE | BALANCE OF FUNDS HELD IN DEBTOR-IN-POSSESSION BANK ACCOUNT WITH VALLEY NATIONAL BANK, ACCOUNT NO. ENDING 1383 | 1129-000 | 9,634.00 | | 9,634.00 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 9,624.00 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.45 | 9,611.55 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.66 | 9,595.89 |
| 01/22/15 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/22/2015 FOR CASE #14-19633 | 2300-000 | | 8.28 | 9,587.61 |
| 01/28/15 | 102 | NJ REPORTERS AND INTERPRETERS, LLC | DEPOSITION CHARGES RE: DEBTOR, PETER JAMES EPPIE, DATE: 01/16/2015 | 3991-000 | | 295.95 | 9,291.66 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.80 | 9,277.86 |
| 02/09/15 | {6} | ELLEN F. EPPIE | DEBTOR'S 1/2 INTEREST IN JPMORGAN CHASE BANK ACCOUNT | 1129-000 | 71,629.92 | | 80,907.78 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 67.47 | 80,840.31 |
| 03/18/15 | | JOHN W. SYWILOK LLC, ATTORNEY TRUST ACCOUNT | BOND PREMIUM REFUND ON LEDGER BALANCE AS OF 01/22/2015, BOND NO. 016026384 | 2300-000 | | -5.47 | 80,845.78 |
| 03/30/15 | 103 | A. ATKINS APPRAISAL CORP. | APPRAISER FOR CHAPTER 7 TRUSTEE FEES, PURSUANT TO COURT ORDER DATED 03/24/2015 | 3711-000 | | 3,500.00 | 77,345.78 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 124.03 | 77,221.75 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 111.57 | 77,110.18 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 107.21 | 77,002.97 |
| 06/22/15 | {1} | PETER JAMES EPPIE | FINAL BALANCE OF FUNDS HELD IN DEBTOR-IN-POSSESSION BANK ACCOUNT WITH VALLEY NATIONAL BANK, ACCOUNT NO. ENDING 1383 | 1129-000 | 250.26 | | 77,253.23 |
| 06/22/15 | {5} | ELLEN F. EPPIE | PARTIAL FUNDS HELD IN 1/2 INTEREST IN BANK ACCOUNT WITH CHASE BANK, ACCOUNT NO. ENDING 2230 | 1129-000 | 48,018.21 | | 125,271.44 |
| 06/22/15 | {6} | ELLEN F. EPPIE | FINAL BALANCE OF FUNDS HELD IN 1/2 INTEREST IN BANK ACCOUNT WITH JPMORGAN CHASE BANK | 1129-000 | 2,972.58 | | 128,244.02 |
| 06/22/15 | {8} | ELLEN F. EPPIE | FULL BALANCE OF FUNDS HELD IN 1/2 INTEREST IN BANK ACCOUNT WITH CHASE BANK, ACCOUNT NO. ENDING 8581 | 1129-000 | 3,727.17 | | 131,971.19 |
| 06/22/15 | {9} | ELLEN F. EPPIE | FULL BALANCE OF FUNDS HELD IN 1/2 | 1129-000 | 475.04 | | 132,446.23 |

Subtotals : $136,707.18   $4,260.95

{} Asset reference(s)

Printed: 11/30/2022 06:47 PM   V.20.45

Exhibit 9

Page: 2

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 14-19633-JKS  
**Case Name:** EPPIE, PETER JAMES  

**Taxpayer ID #:** **-***0935  
**Period Ending:** 11/30/22  

**Trustee:** JOHN W. SYWILOK (500230)  
**Bank Name:** Mechanics Bank  
**Account:** ******7166 - Checking Account  
**Blanket Bond:** $40,490,099.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | INTEREST IN SAVINGS ACCOUNT WITH CHASE BANK, ACCOUNT NO. ENDING 1614 | | | | |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 134.09 | 132,312.14 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 196.65 | 132,115.49 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 183.69 | 131,931.80 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 202.43 | 131,729.37 |
| 10/14/15 | {5} | ELLEN F. EPPIE | ADDITIONAL FUNDS HELD IN 1/2 INTEREST IN BANK ACCCOUNT WITH CHASE BANK, ACCOUNT NO. ENDING 2230 | 1129-000 | 2,000.00 | | 133,729.37 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 190.81 | 133,538.56 |
| 11/09/15 | {5} | ELLEN F. EPPIE | ADDITIONAL FUNDS HELD IN 1/2 INTEREST IN BANK ACCOUNT WITH CHASE BANK, ACCOUNT NO. ENDING 2230 | 1129-000 | 1,000.00 | | 134,538.56 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 186.43 | 134,352.13 |
| 12/08/15 | {5} | ELLEN F. EPPIE | ADDITIONAL FUNDS HELD IN 1/2 INTEREST IN BANK ACCOUNT WITH CHASE BANK, ACCOUNT NO. ENDING 2230 | 1129-000 | 1,000.00 | | 135,352.13 |
| 12/15/15 | 104 | MACIAG LAW, LLC | ATTORNEY FOR DEBTOR-IN-POSSESSION FEES, PURSUANT TO COURT ORDER DATED 11/05/2015 W/ PAYMENT MADE & SUBJECT TO DISGORGEMENT | 6210-000 | | 8,015.50 | 127,336.63 |
| 12/15/15 | 105 | MACIAG LAW, LLC | ATTORNEY FOR DEBTOR-IN-POSSESSION EXPENSES, PURSUANT TO COURT ORDER DATED 11/05/2015 W/ PAYMENT MADE & SUBJECT TO DISGORGEMENT | 6220-000 | | 1,302.60 | 126,034.03 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 209.75 | 125,824.28 |
| 01/04/16 | {5} | ELLEN F. EPPIE | ADDITIONAL FUNDS HELD IN 1/2 INTEREST IN BANK ACCOUNT WITH CHASE BANK, ACCOUNT NO. ENDING 2230 | 1129-000 | 1,000.00 | | 126,824.28 |
| 01/12/16 | 106 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/01/2016 FOR CASE #14-19633 | 2300-000 | | 82.17 | 126,742.11 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 175.79 | 126,566.32 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 175.49 | 126,390.83 |
| 03/07/16 | {5} | ELLEN F. EPPIE | ADDITIONAL FUNDS HELD IN 1/2 INTEREST IN BANK ACCOUNT WITH CHASE BANK, ACCOUNT NO. ENDING 2230 | 1129-000 | 1,000.00 | | 127,390.83 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 200.50 | 127,190.33 |
| 04/08/16 | {5} | ELLEN F. EPPIE TTEE / PETER J. | ADDITIONAL FUNDS HELD IN 1/2 INTEREST | 1129-000 | 1,000.00 | | 128,190.33 |
| | | | Subtotals : | | $7,000.00 | $11,255.90 | |

{} Asset reference(s)

Printed: 11/30/2022 06:47 PM    V.20.45

Exhibit 9

## Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 14-19633-JKS  
**Case Name:** EPPIE, PETER JAMES  

**Taxpayer ID #:** **-***0935  
**Period Ending:** 11/30/22  

**Trustee:** JOHN W. SYWILOK (500230)  
**Bank Name:** Mechanics Bank  
**Account:** ******7166 - Checking Account  
**Blanket Bond:** $40,490,099.00 (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | EPPIE LIFE INS TRUST | IN BANK ACCOUNT WITH CHASE BANK, ACCOUNT NO. ENDING 2230 | | | | |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 177.22 | 128,013.11 |
| 05/16/16 | {5} | ELLEN F. EPPIE | ADDITIONAL FUNDS HELD IN 1/2 INTEREST IN BANK ACCOUNT WITH CHASE BANK, ACCOUNT NO. ENDING 2230 | 1129-000 | 1,000.00 | | 129,013.11 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 177.93 | 128,835.18 |
| 06/09/16 | {5} | ELLEN F. EPPIE | ADDITIONAL FUNDS HELD IN 1/2 INTEREST IN BANK ACCOUNT WITH CHASE BANK, ACCOUNT NO. ENDING 2230 | 1129-000 | 1,000.00 | | 129,835.18 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 204.12 | 129,631.06 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 179.74 | 129,451.32 |
| 08/02/16 | {5} | ELLEN F. EPPIE TTEE / PETER J. EPPIE LIFE INS TRUST | ADDITIONAL FUNDS HELD IN 1/2 INTEREST IN BANK ACCOUNT WITH CHASE BANK, ACCOUNT NO. ENDING 2230 | 1129-000 | 1,000.00 | | 130,451.32 |
| 08/02/16 | {5} | ELLEN F. EPPIE TTEE / PETER J. EPPIE LIFE INS TRUST | ADDITIONAL FUNDS HELD IN 1/2 INTEREST IN BANK ACCOUNT WITH CHASE BANK, ACCOUNT NO. ENDING 2230 | 1129-000 | 1,000.00 | | 131,451.32 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 206.45 | 131,244.87 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 188.25 | 131,056.62 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 181.72 | 130,874.90 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 200.26 | 130,674.64 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 187.44 | 130,487.20 |
| 01/09/17 | 107 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/09/2017 FOR CASE #14-19633 | 2300-000 | | 34.18 | 130,453.02 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 200.14 | 130,252.88 |
| 02/06/17 | {5} | ELLEN F. EPPIE | ADDITIONAL FUNDS HELD IN 1/2 INTEREST IN BANK ACCOUNT WITH CHASE BANK, ACCOUNT NO. ENDING 2230 | 1129-000 | 12,000.00 | | 142,252.88 |
| 02/06/17 | {5} | ELLEN F. EPPIE | ADDITIONAL FUNDS HELD IN 1/2 INTEREST IN BANK ACCOUNT WITH CHASE BANK, ACCOUNT NO. ENDING 2230 | 1129-000 | 5,945.69 | | 148,198.57 |
| 02/06/17 | | PETER JAMES EPPIE | | | 20,000.00 | | 168,198.57 |
| | {5} | | BALANCE OF FUNDS    10,852.50 HELD IN 1/2 INTEREST IN BANK ACCOUNT WITH CHASE BANK, ACCOUNT NO. ENDING | 1129-000 | | | 168,198.57 |
| | | | Subtotals : | | $41,945.69 | $1,937.45 | |

{} Asset reference(s)    Printed: 11/30/2022 06:47 PM    V.20.45

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 14-19633-JKS | | Trustee: | JOHN W. SYWILOK (500230) |
|---|---|---|---|---|
| Case Name: | EPPIE, PETER JAMES | | Bank Name: | Mechanics Bank |
| | | | Account: | ******7166 - Checking Account |
| Taxpayer ID #: | **-***0935 | | Blanket Bond: | $40,490,099.00 (per case limit) |
| Period Ending: | 11/30/22 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | 2230 | | | | |
| | {10} | | HOUSEHOLD GOODS AND FURNISHINGS   9,147.50 | 1129-000 | | | 168,198.57 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 211.24 | 167,987.33 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 249.67 | 167,737.66 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 225.18 | 167,512.48 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 265.03 | 167,247.45 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 240.56 | 167,006.89 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 232.20 | 166,774.69 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 263.89 | 166,510.80 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 231.51 | 166,279.29 |
| 10/30/17 | 108 | FIRST BERGEN TITLE AGENCY, L.L.C. | TITLE SEARCH, FILE NO. H17-0057 | 2500-000 | | 350.00 | 165,929.29 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 255.11 | 165,674.18 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 238.34 | 165,435.84 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 230.02 | 165,205.82 |
| 01/10/18 | 109 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/10/2018 FOR CASE #14-19633 | 2300-000 | | 49.76 | 165,156.06 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 261.35 | 164,894.71 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 221.36 | 164,673.35 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 236.85 | 164,436.50 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 228.63 | 164,207.87 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 259.82 | 163,948.05 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 227.95 | 163,720.10 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 251.18 | 163,468.92 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 242.96 | 163,225.96 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 125.21 | 163,100.75 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 147.46 | 162,953.29 |
| 02/12/19 | 110 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/01/2019 FOR CASE #14-19633 | 2300-000 | | 46.92 | 162,906.37 |
| 02/20/20 | 111 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/01/2020 FOR CASE #14-19633 | 2300-000 | | 56.06 | 162,850.31 |
| 03/31/20 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 130.14 | 162,720.17 |
| 04/30/20 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 260.08 | 162,460.09 |

Subtotals :    $0.00    $5,738.48

{} Asset reference(s)    Printed: 11/30/2022 06:47 PM    V.20.45

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 14-19633-JKS  
**Case Name:** EPPIE, PETER JAMES  

**Taxpayer ID #:** **-***0935  
**Period Ending:** 11/30/22  

**Trustee:** JOHN W. SYWILOK (500230)  
**Bank Name:** Mechanics Bank  
**Account:** ******7166 - Checking Account  
**Blanket Bond:** $40,490,099.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 05/29/20 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 251.01 | 162,209.08 |
| 06/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 276.55 | 161,932.53 |
| 07/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 267.45 | 161,665.08 |
| 08/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 249.78 | 161,415.30 |
| 09/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 275.22 | 161,140.08 |
| 10/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 257.55 | 160,882.53 |
| 11/04/20 | | Transition Transfer Debit | Transition Transfer Debit | 9999-000 | | 160,882.53 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 185,652.87 | 185,652.87 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 160,882.53 | |
| | | | **Subtotal** | | 185,652.87 | 24,770.34 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$185,652.87** | **$24,770.34** | |

{} Asset reference(s)    Printed: 11/30/2022 06:47 PM    V.20.45

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

| Case Number: | 14-19633-JKS | | Trustee: | JOHN W. SYWILOK (500230) |
|---|---|---|---|---|
| Case Name: | EPPIE, PETER JAMES | | Bank Name: | People's United Bank |
| | | | Account: | ******3127 - Checking Account |
| Taxpayer ID #: | **-***0935 | | Blanket Bond: | $40,490,099.00   (per case limit) |
| Period Ending: | 11/30/22 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/04/20 | | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT ******2572 | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT ******2572 | 9999-000 | 160,882.53 | | 160,882.53 |
| 11/23/20 | {2} | ELLEN EPPIE | FULL PAYMENT BY NON-FILING SPOUSE OF CHAPTER 7 TRUSTEE'S 1/2 INTEREST IN REAL PROPERTY LOCATED AT:  566 TEMPE WICK ROAD, MORRISTOWN, NJ 07960 | 1110-000 | 9,000.00 | | 169,882.53 |
| 11/30/20 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 250.01 | 169,632.52 |
| 12/31/20 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 298.27 | 169,334.25 |
| 01/25/21 | 10112 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/01/2021 FOR CASE #14-19633 | 2300-000 | | 78.26 | 169,255.99 |
| 01/29/21 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 262.32 | 168,993.67 |
| 02/11/21 | {2} | TITLE CLOSING SERVICES, LLC D/B/A WEICHERT TITLE AGENCY | FINAL PAYMENT FOR CHAPTER 7 TRUSTEE'S 1/2 INTEREST IN REAL PROPERTY LOCATED AT:  566 TEMPE WICK RD., MORRISTOWN, NJ 07960 | 1110-000 | 95,044.24 | | 264,037.91 |
| 02/26/21 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 323.89 | 263,714.02 |
| 03/31/21 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 464.93 | 263,249.09 |
| 04/30/21 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 421.91 | 262,827.18 |
| 05/28/21 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 393.15 | 262,434.03 |
| 06/30/21 | | TITLE CLOSING SERVICES, LLC D/B/A WEICHERT TITLE AGENCY | TRANSFER TAX REFUND FOR CHAPTER 7 TRUSTEE'S 1/2 INTEREST IN REAL PROPERTY LOCATED AT:  566 TEMPE WICK RD., MORRISTOWN, NJ 07960 | 2500-000 | | -1,096.73 | 263,530.76 |
| 06/30/21 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 462.67 | 263,068.09 |
| 07/30/21 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 421.51 | 262,646.58 |
| 08/31/21 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 449.01 | 262,197.57 |
| 09/30/21 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 420.23 | 261,777.34 |
| 10/07/21 | | TRANSFER TO DEPOSIT SYSTEM ACCOUNT ******2430 | TRANSFER TO DEPOSIT SYSTEM ACCOUNT ******2430 | 9999-000 | | 261,777.34 | 0.00 |

|  |  | ACCOUNT TOTALS | 264,926.77 | 264,926.77 | $0.00 |
|---|---|---|---|---|---|
| | | Less: Bank Transfers | 160,882.53 | 261,777.34 | |
| | | **Subtotal** | 104,044.24 | 3,149.43 | |
| | | Less: Payments to Debtors | | 0.00 | |
| | | **NET Receipts / Disbursements** | **$104,044.24** | **$3,149.43** | |

{} Asset reference(s)

Printed: 11/30/2022 06:47 PM     V.20.45

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 7

| Case Number: | 14-19633-JKS | | Trustee: | JOHN W. SYWILOK (500230) |
|---|---|---|---|---|
| Case Name: | EPPIE, PETER JAMES | | Bank Name: | Metropolitan Commercial Bank |
| | | | Account: | ******0409 - Checking Account |
| Taxpayer ID #: | **-***0935 | | Blanket Bond: | $40,490,099.00  (per case limit) |
| Period Ending: | 11/30/22 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/07/21 | | Transition Transfer Credit | Transition Transfer Credit | 9999-000 | 261,777.34 | | 261,777.34 |
| 10/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 405.57 | 261,371.77 |
| 11/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 446.83 | 260,924.94 |
| 12/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 432.13 | 260,492.81 |
| 01/13/22 | 20113 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/01/2022 FOR CASE #14-19633 | 2300-000 | | 116.34 | 260,376.47 |
| 02/09/22 | 20114 | JOHN W. SYWILOK, ESQ. | ATTORNEY FOR CHAPTER 7 TRUSTEE FEES, PURSUANT TO COURT ORDER DATED 02/09/2022 | 3110-000 | | 13,880.00 | 246,496.47 |
| 04/12/22 | 20115 | UNITED STATES TRUSTEE | Dividend paid 100.00% on $325.00, U.S. Trustee Quarterly Fees;  Reference: | 2950-000 | | 325.00 | 246,171.47 |
| 04/12/22 | 20116 | JOHN W. SYWILOK, ESQ. | Dividend paid 100.00% on $9,800.00, Trustee Compensation;  Reference: 61800, Pursuant to Court Order dated 04/08/2022 | 2100-000 | | 9,800.00 | 236,371.47 |
| 04/12/22 | 20117 | JOHN W. SYWILOK, ESQ. | Dividend paid 100.00% on $97.80, Trustee Expenses;  Reference: 61800, Pursuant to Court Order dated 04/08/2022 | 2200-000 | | 97.80 | 236,273.67 |
| 04/12/22 | 20118 | DEPARTMENT OF THE TREASURY-INTERNAL REVENUE SERVICE | Dividend paid 100.00% on $161,538.25; Claim# 2; Filed: $161,538.25; Reference: XXX-XX-7066<br>Stopped on 07/13/22 | 5800-000 | | 161,538.25 | 74,735.42 |
| 04/12/22 | 20119 | NEW YORK STATE DEPARTMENT OF TAXATION & FINANCE | Dividend paid 100.00% on $40,518.30; Claim# 11; Filed: $40,518.30; Reference: XXX-XX-7066<br>Stopped on 07/13/22 | 5800-000 | | 40,518.30 | 34,217.12 |
| 04/12/22 | 20120 | DEPARTMENT OF THE TREASURY-INTERNAL REVENUE SERVICE | Dividend paid  80.89% on $31,364.68; Claim# 2A; Filed: $31,364.68; Reference: XXX-XX-7066<br>Stopped on 07/13/22 | 7100-000 | | 25,372.80 | 8,844.32 |
| 04/12/22 | 20121 | NEW YORK STATE DEPARTMENT OF TAXATION & FINANCE | Dividend paid  80.89% on $10,932.94; Claim# 11A; Filed: $10,932.94; Reference: XXX-XX-7066 | 7100-000 | | 8,844.32 | 0.00 |
| 07/13/22 | 20118 | DEPARTMENT OF THE TREASURY-INTERNAL REVENUE SERVICE | Dividend paid 100.00% on $161,538.25; Claim# 2; Filed: $161,538.25; Reference: XXX-XX-7066<br>Stopped: check issued on 04/12/22 | 5800-000 | | -161,538.25 | 161,538.25 |
| 07/13/22 | 20119 | NEW YORK STATE DEPARTMENT OF TAXATION & FINANCE | Dividend paid 100.00% on $40,518.30; Claim# 11; Filed: $40,518.30; Reference: | 5800-000 | | -40,518.30 | 202,056.55 |

Subtotals :    $261,777.34    $59,720.79

{} Asset reference(s)

Printed: 11/30/2022 06:47 PM    V.20.45

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 8

| Case Number: | 14-19633-JKS | | Trustee: | JOHN W. SYWILOK (500230) |
|---|---|---|---|---|
| Case Name: | EPPIE, PETER JAMES | | Bank Name: | Metropolitan Commercial Bank |
| | | | Account: | ******0409 - Checking Account |
| Taxpayer ID #: | **-***0935 | | Blanket Bond: | $40,490,099.00 (per case limit) |
| Period Ending: | 11/30/22 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | XXX-XX-7066 Stopped: check issued on 04/12/22 | | | | |
| 07/13/22 | 20120 | DEPARTMENT OF THE TREASURY-INTERNAL REVENUE SERVICE | Dividend paid 80.89% on $31,364.68; Claim# 2A; Filed: $31,364.68; Reference: XXX-XX-7066 Stopped: check issued on 04/12/22 | 7100-000 | | -25,372.80 | 227,429.35 |
| 08/10/22 | 20122 | DEPARTMENT OF THE TREASURY-INTERNAL REVENUE SERVICE | Dividend paid 100% on $161,538.25; Claim# 2; Filed: $161,538.25; Ref #XXX-XX- | 5800-000 | | 161,538.25 | 65,891.10 |
| 08/10/22 | 20123 | NEW YORK STATE DEPARTMENT OF TAXATION & FINANCE | Dividend paid 100% on $40,518.30; Claim# 11; Filed: $40,518.30; Ref # XXX-XX-706 | 5800-000 | | 40,518.30 | 25,372.80 |
| 08/10/22 | 20124 | DEPARTMENT OF THE TREASURY-INTERNAL REVENUE SERVICE | Dividend paid 80.89% on $31,364.68; Claim # 2A; Filed: $31,364.68; Ref # XXX-XX- | 7100-000 | | 25,372.80 | 0.00 |

| | | | | |
|---|---|---|---|---|
| | ACCOUNT TOTALS | | 261,777.34 | 261,777.34 | $0.00 |
| | Less: Bank Transfers | | 261,777.34 | 0.00 | |
| | Subtotal | | 0.00 | 261,777.34 | |
| | Less: Payments to Debtors | | | 0.00 | |
| | NET Receipts / Disbursements | | $0.00 | $261,777.34 | |

| Net Receipts : | 289,697.11 |
|---|---|
| Net Estate : | $289,697.11 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******7166 | 185,652.87 | 24,770.34 | 0.00 |
| Checking # ******3127 | 104,044.24 | 3,149.43 | 0.00 |
| Checking # ******0409 | 0.00 | 261,777.34 | 0.00 |
| | $289,697.11 | $289,697.11 | $0.00 |

{} Asset reference(s)

Printed: 11/30/2022 06:47 PM    V.20.45